# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE B. SUMRALL D/B/A
WELCOME HOST

VERSUS

RICOH USA, INC.

CIVIL ACTION

NUMBER 15-61-JWD-SCR

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 24, 2015 to which an objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion to Remand is denied.

Signed in Baton Rouge, Louisiana, on <u>May 12, 2015</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA